UNITED STATES of America, Plaintiff–Appellee,

v.

Jose NAVEJAR, Defendant–Appellant.

No. 01–6655.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Jose Navejar, pro se. Kenneth Fitzgerald Whitted, Raleigh, NC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Jose Navejar seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Navejar,* Nos. CR–99–149–5–BO; CA–01–121–5 BO (E.D.N.C.

filed Apr. 4, 2001; entered Apr. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*